GREY FOX PLAZA, Thomas Krouse,
Donna Krouse and Steven
Krouse, Petitioners

v.

HERBERT, ROWLAND AND GRUBIC,
INC., Respondents

No. 130 MAL 2017

Supreme Court of Pennsylvania.

July 24, 2017

## ORDER

PER CURIAM

AND NOW, this 24th day of July, 2017, the Petition for Allowance of Appeal is **DENIED**.

COMMONWEALTH of Pennsylvania,
Respondent

v.

Jason R. MILLER, Petitioner

No. 107 MAL 2017

Supreme Court of Pennsylvania.

July 24, 2017

## ORDER

PER CURIAM

AND NOW, this 24th day of July, 2017, the Petition for Allowance of Appeal is **DENIED**.

COMMONWEALTH of Pennsylvania,
Respondent

v.

John Vincent KENNEDY, Petitioner

No. 92 MAL 2017

Supreme Court of Pennsylvania.

July 24, 2017

## ORDER

PER CURIAM

AND NOW, this 24th day of July, 2017, the Petition for Allowance of Appeal is **DENIED**.